AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| MICHAEL B., *Plaintiff* v. ANDREW M. SAUL, Commissioner of Social Security *Defendant* | Civil Action No. 4:20-CV-05121-JTR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment (ECF No. 15) is GRANTED. Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED. Judgment is entered for Defendant

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JOHN T. RODGERS on motions for Summary Judgment (ECF Nos. 13 and 15).

Date: June 28, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Melissa Orosco
*(By) Deputy Clerk*

Melissa Orosco